# Court of Appeals
# of the State of Georgia

ATLANTA, June 24, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1982. TAMANTHA LETRICE BROWN v. TAMISHA HARRIS.**

After the trial court granted Tamisha Harris a twelve-month protective order under the Family Violence Act, OCGA § 19-13-1 et seq., respondent Tamantha Letrice Brown filed this direct appeal. We lack jurisdiction.

Appeals of orders in domestic relations cases — including actions arising under the Family Violence Act — must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b); *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), disapproved in part on other grounds by *Gilliam v. State*, 312 Ga. 60, 64 (860 SE2d 543) (2021). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Brown's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/24/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*